# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2451
N. RAINBOW BLVD. #2094,
                    Appellant,
            vs.
BANK OF AMERICA, N.A.,
                    Respondent.

No. 76072

FILED

JAN 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:

cc:     Hon. Mark R. Denton, District Judge
        Janet Trost, Settlement Judge
        Kerry P. Faughnan
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-02951